IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| ADAM COGLEY,<br><br>　　　Plaintiff,<br><br>v.<br><br>AUTOMATION ANYWHERE, INC.,<br><br>　　　Defendant. | CASE NO. |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant AUTOMATION ANYWHERE, INC. ("Automation Anywhere" or "Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331 and 1446, hereby gives notice of the removal of this action to this Court from the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida. Removal of this action is based upon the following:

**I.　　PROCEDURAL ALLEGATIONS**

1. On February 2, 2023, Plaintiff ADAM COGLEY ("Plaintiff" of "Cogley") commenced this action by filing a Complaint against Automation Anywhere in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, styled *Adam Cogley v. Automation Anywhere, Inc.,* and designated as Case No. 2023-CA-000992-XXXX-MB (the "State Court Action"). Plaintiff's Complaint purports to assert claims against Automation Anywhere for violations of the Family Medical Leave Act, 29 U.S.C. § 2601, *et seq*. ("FMLA"). (Complaint ¶ 1.)

2. Plaintiff emailed undersigned counsel a waiver of service of process form on February 7, 2023, which was executed the same day. Defendant therefore was considered to have

been served with a copy of the pleading providing legal notice of Plaintiff's federal claims in the State Court Action for purposes of removal on February 7, 2023. *See Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344, 348, 119 S. Ct. 1322, 1325 (1999) (removal deadline is calculated from formal service, and not informal receipt of pleading). Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(3), because it occurred within thirty-days (30) from the date on which Defendant was legally served with a legal pleading providing notice that the State Court Action was removable.

3. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, orders, and other papers or exhibits on file in the State Court Action are attached hereto as **Exhibit A**.

4. The District and Division embracing the place where such action is pending is the United States District Court for the Southern District of Florida, West Palm Beach Division. *See* 28 U.S.C. §§ 89, 1441(a).

## II. FEDERAL QUESTION

5. The State Court Action is subject to removal based upon the Court's federal question jurisdiction pursuant to 28 U.S.C. § 1331. Count I asserts a claim for retaliation in violation of the Family Medical Leave Act, as amended, 29 U.S.C. § 2601, et seq. ("FMLA").

6. Accordingly, the State Court Action is within the original federal question jurisdiction of the U.S. District Court pursuant to 28 U.S.C. § 1331. The Court has supplemental jurisdiction over the state court claims as they are part of the same case and controversy.

## III. NOTICE REQUIREMENTS

7. In accordance with 28 U.S.C. § 1446(d), Defendant will promptly provide written notice to Plaintiff of the removal in this action and will promptly file a copy of this Notice of

Removal in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B.**

8. The required filing fee of $402.00 and an executed civil cover sheet accompany this Notice.

**IV. CONCLUSION**

WHEREFORE, having fulfilled all statutory requirements, Defendant removes this action to this Court from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, and requests this Court assume full jurisdiction over this matter as provided by law.

Dated this 3rd day of March, 2023.     Respectfully submitted,

*/s/ West Holden*
Kimberly J. Doud
Florida Bar # 523771
Email: kdoud@littler.com
West A. Holden
Florida Bar #113569
Email: wholden@littler.com

LITTLER MENDELSON P.C.
111 North Orange Avenue
Suite 1750
Orlando, FL   32801.2366
Telephone:     407.393.2900
Facsimile:     407.386.9081

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to all counsel of record.

*/s/ West A. Holden*
West A. Holden